**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000108**
**08-AUG-2025**
**08:43 AM**
**Dkt. 15 ORD**

NO. CAAP-25-0000108

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
JESSE G. RODRIGUEZ, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DTI-24-001835)

ORDER
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the letter, filed August 1, 2025, by self-represented Defendant-Appellant Jesse G. Rodriguez (Rodriguez), which the court construes as a motion for reconsideration of the Order Dismissing Appeal, filed July 23, 2025, and for relief from default and a first extension of time for the statement of jurisdiction and opening brief, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted in part and denied in part as follows:

1.   The request to correct the record to reflect Rodriguez's mailing address as 475 Kinoole Street, Suite 102-276, Hilo, Hawaiʻi, 96720, is granted. See Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 10(e).

2.   The request to reinstate the appeal, and for relief from default and a first extension of time for the statement of jurisdiction and opening brief, is granted. See HRAP Rules 26(e), 40.  The deadline to file the statement of

jurisdiction and opening brief is extended to September 8, 2025. Any further default of the statement of jurisdiction or opening brief may result in sanctions authorized by HRAP Rules 12.1(e) and 30, including, without limitation, monetary sanctions, the appeal being dismissed, or both.

3.     The request to "[c]onsider the cumulative due process issues that have arisen in this case" is denied without prejudice to Rodriguez raising the argument in the briefs on the merits.

DATED: Honolulu, Hawaiʻi, August 8, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

2